No. 74–6212.  NORTON, A MINOR, BY CHILES v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WEL-

FARE. Appeal from D. C. Md. Motion for leave to proceed *in forma pauperis* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits. See *Weinberger* v. *Salfi, ante,* p. 749, at 763 n. 8. Reported below: 390 F. Supp. 1084.

*Certiorari Granted*